IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.  13-cv-01252-RM

MEIK STROETZEL,

    Petitioner,

v.

SHAYNA LYN ZWEBEN,

    Respondent.

_____

## ORDER SETTING STATUS/SCHEDULING HEARING
_____

    IT IS ORDERED that a Status/Scheduling Hearing is set for Thursday, June 6, 2013, at 9:00 am on the docket of Judge Raymond P. Moore in the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado; and

    IT IS FURTHER ORDERED that counsel for the Petitioner is directed to serve this Order on Respondent by delivery to Respondent personally and by regular mail.

    Dated this 29th day of May, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge