**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards  
Court Reporter: Mary George

Date: July 17, 2013

**CASE NO.** 13-cv-01252-RM-BNB

| Parties | Counsel |
|---|---|
| **MEIK STROETZEL and concerning Minor Child on behalf of S.R.Z.,** | Christelle C. Beck  Leslie A. Frost |
| Petitioner, | |
| v. | |
| **SHAYNA LYN ZWEBEN,** | Martha Louise Fitzgerald |
| Respondent. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE
COURT IN SESSION**: **8:58 a.m.**
Court calls case. Appearances of counsel.

Opening statements by the Court.

**ORDERED:** Evidentiary Hearing set for September 6, 2013 at 9:00 a.m. in Courtroom A-601 before the Honorable Raymond P. Moore.

Witness and exhibit lists will be submitted to the court by close of business on September 4, 2013. Any exhibits intended to be introduced during the hearing shall be made available to chambers no later than 12:00 p.m. on August 30, 2013. If the parties wish to submit trial briefs, they may do no later than 12:00 p.m. on August 30, 2013. Trial briefs, should counsel wish to file them, shall be no longer than ten pages in length.

The parties shall exchange witnesses and exhibits no later than close of

        business on August 30, 2013.

Petitioner's counsel informs the Court that Mr. Stroetzel will be present at the hearing set for September 6, 2013 at 9:00 a.m.

Discussion regarding practical matters of the evidentiary hearing, including depositions or court appearances of potential foreign witnesses.

**ORDERED:** Counsel shall submit proposals to the Court regarding practical matters surrounding the hearing set for September 6, 2013 on or before July 31, 2013. Should the parties proceed with depositions and wish to have depositions reviewed prior to the hearing, counsel shall submit the deposition transcripts to chambers no later than 12:00 p.m. on August 30, 2013. Should the parties wish to have the depositions read during proceedings on September 6, counsel is not required to submit any potential transcripts prior to the hearing.

**ORDERED:** Respondent's Motion to Strike Reply to Response to Petition [Doc. No. 20, filed July 3, 2013] is **GRANTED** as stated on the record. Petitioner's Reply to Response to Petition [Doc. No. 17, filed July 1, 2013] is **STRICKEN** from the record.

**COURT IN RECESS**: **9:25 a.m.**
**Total in court time**: **00:27**
**Hearing concluded**