**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

**Civil Action No.  13-cv-01252-RM**

MEIK STROETZEL,

    Petitioner,

v.

SHAYNA LYN ZWEBEN,

    Respondent.

_____

**ORDER REGARDING JOINT PROPOSALS RE SEPTEMBER 6, 2013 HEARING**
_____

The Court has reviewed the Joint Proposals Regarding Practical Matters Re September 6, 2013 Hearing (ECF No. 22) and advises the parties as follows:

1. IT IS ORDERED that any and all depositions taken will be submitted to the Court in their entirety and will not be read aloud during the hearing, except for the limited purpose of impeachment.

2. The Court notes that there are inherent limitations to telephonic testimony, particularly as it pertains to assessment of credibility.  The Court is inclined to approve telephonic testimony solely for persons residing outside of the United States.  If the parties intend to have any domestic witnesses testify telephonically, the parties shall provide identification of such witnesses as well as the reasons why telephonic testimony is necessary within 5 days.

3. The Court agrees with Petitioner that the purpose of the requested depositions is solely to obtain discovery directed to the issues before the Court—the Hague Convention action.

    Any questions that go to the underlying custody dispute currently before the Australian Court are not permissible. All questions for all deposition witnesses should be limited to the scope of the issues currently before this Court.

4. As set forth in this Court's July 17, 2013 Order, any and all deposition transcripts that the parties intend to rely on at the hearing should be submitted to the Court on or before 12:00 p.m. on August 30, 2013.

Dated this 1st day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge